UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

ANDRE CALIX,

                Petitioner,

-against-

UNITED STATES OF AMERICA,

                Respondent.

18 Civ. 6323 (LAP)
13 Cr. 582 (LAP)

<u>ORDER</u>

---

LORETTA A. PRESKA, Senior United States District Judge

    Before the Court is Petitioner Andre Calix's motion for conditional bail pending resolution of his motion for reconsideration. (Dkt. no. 157.) The Government shall respond to Mr. Calix's motion by October 9, 2023. Mr. Calix may submit his reply, if any, by November 6, 2023.

    The Clerk of the Court shall mail a copy of this order to Mr. Calix.

**SO ORDERED.**

Dated:    September 18, 2023
           New York, New York

                                    */s/ Loretta A. Preska*
                                    LORETTA A. PRESKA
                                    Senior United States District Judge